RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Orlando Retes-Lopez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-287-HDM-VCF |
|---|---|
| Plaintiff, | ORDER GRANTING **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| v. | |
| ORLANDO RETES-LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert Bork, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Orlando Retes-Lopez, that the sentencing hearing currently scheduled for January 28, 2016, at the hour of 8:15 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Additional time is needed to allow defense counsel time to complete and file a sentencing memorandum.  Defense counsel needs additional time to gather mitigation

1  information from the client's family, which will be pertinent to the defendant's sentencing
2  memorandum.

3      2.    The defendant is incarcerated and does not object to the continuance.

4      3.    The parties agree to the continuance.

5      4.    The additional time requested herein is not sought for purposes of delay, but
6  merely to allow counsel for defendant sufficient time within which to adequately prepare for
7  the sentencing hearing.

8      5.    Additionally, denial of this request for continuance could result in a miscarriage
9  of justice.

10      This is the first request to continue the sentencing hearing filed herein.

11      DATED this 21st day of January, 2016

13  RENE L. VALLADARES        DANIEL G. BOGDEN
Federal Public Defender        United States Attorney

15  By _____    */s/ Robert Bork*
By _____
16  MONIQUE KIRTLEY        ROBERT BORK
Assistant Federal Public Defender    Assistant United States Attorney

19  By _____
ORLANDO RETES-LOPEZ
20  Defendant

2

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

UNITED STATES OF AMERICA,

Plaintiff,

v.

ORLANDO RETES-LOPEZ,

Defendant.

Case No. 2:15-cr-287-HDM-VCF

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

9

10

**FINDINGS OF FACT**

11   Based on the pending Stipulation of counsel, and good cause appearing therefore, the

12   Court finds that:

13       1.  Additional time is needed to allow defense counsel time to complete and file a

14   sentencing memorandum.   Defense counsel needs additional time to gather mitigation

15   information from the client's family, which will be pertinent to the defendant's sentencing

16   memorandum.

17       2.      The defendant is incarcerated and does not object to the continuance.

18       3.      The parties agree to the continuance.

19       4.      The additional time requested herein is not sought for purposes of delay, but

20   merely to allow counsel for defendant sufficient time within which to adequately prepare for

21   the sentencing hearing.

22       5.      Additionally, denial of this request for continuance could result in a miscarriage

23   of justice.

24

25

26

3

1

## **ORDER**

2        IT IS THEREFOR ORDERED that the sentencing hearing currently scheduled for

3  January 28, 2016, at 8:15 a.m., be vacated and continued to ___3/22/16___ at the hour

4  of _9_ : _45_ _a_.m.;. in LV Courtroom (tbd) before Judge Howard D. McKibben.

5        DATED this 26th day of January, 2016   IT IS SO ORDERED.

6

7

_Howard D. McKibben_

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4